IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL LUMBERT,

    Petitioner,                                 JUDGMENT IN A CIVIL CASE

v.                                                     Case No. 12-cv-850-bbc

UNITED STATES OF AMERICA,

    Respondent.

     This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

     IT IS ORDERED AND ADJUDGED that judgment is entered denying petitioner Michael Lumbert's motion for post conviction relief under 28 U.S.C. § 2255 for his failure to show that he did not have the effective representation of counsel at his sentencing.

           *s/ Peter Oppeneer*                                  3/19/2013
     Peter Oppeneer, Clerk of Court                    Date